U.S. District Court                    District of Minnesota

23-cv-498 ECT/DJF

Thomas Evenstad                 RECEIVED
     Plaintiff                   BY MAIL                    COMPLAINT
                                MAR 01 2023
     VS                     CLERK, U.S. DISTRICT COURT      JURY TRIAL
                               ST. PAUL, MN                    DEMANDED

SCANNED
MAR 01 2023
U.S. DISTRICT COURT ST. PAUL

Tom Lyden, A.J. Lague
Eric Chaloux, Paul Blume, FOX 9 News
Esme Murphy, Tom Hauser, KARE 11,
Maury Glover, Rob Olson, Alpha News,
Britney Ermon, Shayla Reeves, Star Tribune
Paul Folger, Lindsey Brown, Pioneer Press
Robin McDowell, Associated Press,
CNN, Fox News, MSNBC, New York Times,
Washington Post, WCCO-TV, CBS, STANLEY HUBBARD,
KSTP, Hubbard Broadcasting, ~~KSL Hubbard~~,
Jason DeRusha, Reg Chapman, Amelia Santaniello,
Frank Vascellaro, Esti Hassanzadeh, Jeff Wagner,
Heather Brown, ~~Riley O'Connor~~ Susan Littlefield,
~~Joseph Dames,~~ Derek James, Jennifer Mayerle,
Norman Seawright III, Ren Clayton, Caroline Cummings,
Adam Duxter, Allen Henry, Joseph Kaplan, John Lauritsen,
Paulina Le, Beret Leone, Kirsten Mitchell, Marielle Möhs,
David Schuman, Kate Steiner, Pat Kessler, KARI PATEY,
Matt Belanger, Kevin Doran, Chris Egert, Brett Hoffland,
Alex Jokich, Leah McLean, Megan Newquist, Brandi Powell,
Kelsey Christianson, Hanna Conway, Ellen Coulles, ~~Tom Hauser~~
Callan Gray, Ben Henry, Jay Kolls, Joe Mazan, Richard Reeve,
Giana Roe, Joe Augustine, Ryan ~~Ryan~~ Raiche, Eric Rasmussen,
Kristen Swanson, Kirk Varner, Daren Sukhram,
Leah Beno, Tim Blotz, Tom Butler, Keeley Carlson, Bisi Onile-Ere
Hannah Flood, Courtney Godfrey, Amy Hockert, Collin Hoggard, Bill Keller,
Alix Kendall, Alex Lehnert, Jason Matheson, Mary Maguire,
Randy Meier, Kelly O'Connell, Nathan O'Neill, Babs Santos, Shayne Wells,

Keith Ellison

Amy Klobuchar, Mike Freeman, Rick Dusterhoft, Stu Shapiro, John Choi, Tim Walz
Rose Schmidt, Katie Wermus, Paula Flom, KARE 11,
Jeff Cumberland, Jeff Phillips, Amy Schmieg, Stacey Nogy,
Julie Nelson, Randy Shaver, Alicia Lewis, Jason Hackett,
Jana Shortal, Rena Sarigianopoulos, Lauren Leamanczyk,
Chris Hrapsky, Morgan Wolfe, Anthony Gockowski,
Liz Collin, Sheila Qualls, Hayley Feland,
Rebecca Brannon, Rose Williams, Stephen Foxx
Amy Forsority (MN AP), Robin McDowell,
Maggie Haberman, NBC, NBC News, ABC, ABC
News, FOX News, Tucker Carlson, Laara
Ingraham, Pete Hegseth, USA TODAY
John Does 1-50, Jane Does 1-50

## INTRO

MN MEDIA (Defendants) have violated
Evenstad's (Plaintiff) Constitutional Rights
to Equal Protection by engaging in a
conspiracy to cover up Evenstad's 1999
Rape Frame, 2003 Dru Sjodin case,
2014 Stalking Frame and refuses to
report on Evenstad's $50M Federal lawsuit
vs MN Atty General Keith Ellison, MN
Governor Walz, Amy Klobuchar & others.

## FACTS

Defendants have covered up the 2-
WORST CASES OF WRONGFUL CONVICTION
IN US HISTORY, BOUGHT MEDIA
BY US Senator Amy KLOBUCHAR
NAMED Defendants WALZ, ELLISON, Freeman
SHAPIRO, DUSTERHOFT, Choi HAVE BOUGHT
OR THREATENED TOTAL MEDIA BLACKOUT

2/27/2023

Grounds

I.     1st Amendment
II.    1st Amendment Retaliation
III.   Due Process 5th/14th Amendment
IV.    EQUAL PROTECTION

BURRELL
RHOADES      }  ALL
Kent Smith      "Guilty"

V. Conspiracy to Violate Constitutional
Civil Rights

VI. ~~Grounds~~

VII (?) APPOINTMENT DAMAGES DEMANDS
        OF COUNSEL *
EVENSTAD DEMANDS $50,000
minimum in this lawsuit exposing
MN's CORRUPT, BOUGHT MEDIA
To this Court, which has to
Date Violated Every Right EVENSTAD
HAD AS AN AMERICAN, killed DAD &
TORTURED EVENSTAD SINCE DONOVAN FRANK
DEFECATED ON THE GREAT WRIT 2006 Xm Eventod